UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    CRIMINAL NO. 03-cr-81025-01

    JUDGE PATRICK J. DUGGAN

D-1   LINDELL REASON,

    Defendant.
_____/

## ORDER OF DISMISSAL

Leave of the Court is granted for the reasons stated in the government's motion to dismiss the above-numbered Indictment and Arrest Warrant against LINDELL REASON. Accordingly, IT IS HEREBY ORDERED that the Indictment and Arrest Warrant against that defendant be dismissed, and that defendant's appearance bond, if any, be canceled.

    S/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: February 5, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 5, 2010, by electronic and/or ordinary mail.

    S/Marilyn Orem
    Case Manager